**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Roque ALVAREZ-JIMENEZ, also known as Jose Jimenez-Martinez, Defendant-Appellant.**

**No. 05-50092.
Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Aug. 17, 2005.

---

* This matter is being decided by a quorum. 28 U.S.C. § 46(d).

the judgment of the district court is AFFIRMED.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant-Appellant.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Roque Alvarez–Jimenez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under